SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
(530) 895-3252

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dorothy White,<br>Plaintiff,<br>vs.<br><br>Basim D. Khoury; Esther B. Khoury; Georgette Barghout, Trustee of the Trust of Khaber and Georgette Barghout dated October 18, 1991,<br>Defendants. | No. 16cv2817 BEN (MDD)<br><br>**PROOF OF SERVICE AS TO DEFENDANT GEORGETTE BARGHOUT, TRUSTEE OF THE TRUST OF KHABER AND GEORGETTE BARGHOUT DATED OCTOBER 18, 1991** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTTLYNN J. HUBBARD IV \| SBN: 212970<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE CHICO, CA 95926<br>TELEPHONE NO (530) 895-3252 \| FAX NO. (530) 894-8244 \| E-MAIL ADDRESS *(Optional):* Heather@hubslaw.com<br>ATTORNEY FOR *(Name):* | |
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: 221 WEST BROADWAY<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: SOUTHERN DISTRICT | |
| PLAINTIFF: DORTHEY WHITE<br>DEFENDANT: BASIM D. KHOURY; ET AL | CASE NUMBER:<br>16CV2817-BEN-MDD |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☐ other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
   **GEORGETTE BARGHOUT, TRUSTEE OF THE TRUST OF KHABER AND GEORGETTE BARGHOUT DATED OCTOBER 18, 1991**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served: **1851 Galveston St San Diego, CA 92110-3506**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* **12/18/2016** at *(time):* **8:06 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **JOHN DOE - RESIDENT OF HOUSEHOLD**
   **Age: 40-45** **Weight: 255** **Hair: BROWN** **Sex: Male**
   **Height: 6'3** **Race: HISPANIC**

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **, CA** **or** ☑ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PETITIONER: DORTHEY WHITE<br>RESPONDENT: BASIM D. KHOURY; ET AL | CASE NUMBER:<br>16CV2817-BEN-MDD |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*: (2) from *(city)*:

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.

b. ☑ as the person sued under the fictitious name of *(specify)*: **TRUSTEE OF THE TRUST OF KHABER AND GEORGETTE BARGHOUT DATED OCTOBER 18, 1991**

c. ☐ as occupant.

d. ☐ On behalf of *(specify)*:

under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☒ other: California Code of Civil Procedure

7. **Person who served papers**

a. Name: **RORY OJEDA - JPL Process Service, LLC**

b. Address: **PO Box 918 Midway City, CA 92655**

c. Telephone number: **(866) 754-0520**

d. The fee for service was:

e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☑ registered California process server:

(i) ☐ owner ☐ employee ☑ independent contractor.

(ii) Registration No.: **1959**

(iii) County: **SAN DIEGO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/19/2016**

**JPL Process Service, LLC**
**PO Box 918**
**Midway City, CA 92655 | (866) 754-0520**

RORY OJEDA
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* SCOTTLYNN J. HUBBARD IV SBN: 212970<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE CHICO, CA 95926<br>TELEPHONE NO.: (530) 895-3252 FAX NO.: (530) 894-8244<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | *FOR COURT USE ONLY* |
|---|---|
| UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 221 WEST BROADWAY<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: DORTHEY WHITE<br>DEFENDANT/RESPONDENT: BASIM D. KHOURY; ET AL | |
| DECLARATION OF DILIGENCE | CASE NUMBER: 16CV2817-BEN-MDD |

Servee: **GEORGETTE BARGHOUT, TRUSTEE OF THE TRUST OF KHABER AND GEORGETTE BARGHOUT DATED OCTOBER 18, 1991**

Documents: **Summons; Complaint; Civil Case Cover Sheet (served in complex cases only);**

Address: **1851 Galveston St**
**San Diego, CA 921103506**

As enumerated below:

**12/8/2016 -- 7:55 AM**
NO ANSWER AT THE DOOR.

**12/9/2016 -- 12:40 PM**
NO ANSWER AT THE DOOR STEP. NO VEHICLES ARE PRESENT.

**12/11/2016 -- 7:55 PM**
NO ANSWER AT THE DOOR.

**12/14/2016 -- 5:00 PM**
NO ANSWER AT THE DOOR.

**12/18/2016 -- 8:06 PM**
SUB SERVED THE DOCUMENTS TO A MALE OCCUPANT.

County: SAN DIEGO
Registration No.: 1959
**JPL Process Service, LLC**
**PO Box 918**
**Midway City, CA 92655**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 12/19/2016.

Signature: ______________________
**RORY OJEDA**

**DECLARATION OF DILIGENCE**

**Order#: 118745B/DilFormat.mdl**

Attorney or Party without Attorney:
SCOTTLYNN J. HUBBARD IV, SBN: 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
TELEPHONE No.: (530) 895-3252 FAX No. (Optional): (530) 894-8244 E-MAIL ADDRESS (Optional): Heather@hubslaw.com

Attorney for:

Ref No. or File No.:

FOR COURT USE ONLY

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT

Plaintiff: DORTHEY WHITE

Defendant: BASIM D. KHOURY; ET AL

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 16CV2817-BEN-MDD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet (served in complex cases only);

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at MIDWAY CITY, California, addressed as follows:

a. Date of Mailing: December 19, 2016

b. Place of Mailing: MIDWAY CITY, CA

c. Addressed as follows: GEORGETTE BARGHOUT, TRUSTEE OF THE TRUST OF KHABER AND GEORGETTE BARGHOUT DATED OCTOBER 18, 1991
1851 Galveston St
San Diego, CA 92110-3506

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at MIDWAY CITY, California in the ordinary course of business.

Fee for Service:

JPL Process Service, LLC
PO Box 918
Midway City, CA 92655
(866) 754-0520

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 19, 2016**.

Signature: ____________________
JEFF LANCASTER

**PROOF OF SERVICE BY MAIL**

Order#: 118745B/mailproof