SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
(530) 895-3252

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dorothy White,<br><br>    Plaintiff,<br><br>    vs.<br><br>Basim D. Khoury; Esther B. Khoury; Georgette Barghout, Trustee of the Trust of Khaber and Georgette Barghout dated October 18, 1991,<br><br>    Defendants. | No. 16cv2817 BEN (MDD)<br><br>**PROOF OF SERVICE AS TO DEFENDANT BASIM D. KHOURY** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> SCOTTLYNN J. HUBBARD IV  SBN: 212970 <br> DISABLED ADVOCACY GROUP, APLC <br> 12 WILLIAMSBURG LANE   CHICO, CA 95926 <br> TELEPHONE NO.: (530) 895-3252  FAX NO. (530) 894-8244  E-MAIL ADDRESS *(Optional)*: Heather@hubslaw.com <br> ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|

UNITED STATES DISTRICT COURT
STREET ADDRESS: 221 WEST BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: SOUTHERN DISTRICT

| PLAINTIFF: DORTHEY WHITE | CASE NUMBER: |
|---|---|
| DEFENDANT: BASIM D. KHOURY; ET AL | 16CV2817-BEN-MDD |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☐ other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
   **BASIM D. KHOURY**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **523 Silver Ave**
   **Half Moon Bay, CA 94019-1563**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:

   b. ☑ **by substituted service.** On *(date)*: **12/14/2016** at *(time)*: **8:48 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **JOE KHOURY - RELATIVE**
   Age: 25-30    Weight: 145    Hair: BLACK    Sex: Male
   Height: 5'9    Race: MIDDLE EASTERN

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:    from *(city)*: , **CA**    or ☑ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> POS010-1/118745A |
|---|---|---|

| PETITIONER: DORTHEY WHITE | CASE NUMBER: |
|---|---|
| RESPONDENT: BASIM D. KHOURY; ET AL | 16CV2817-BEN-MDD |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                               (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
    ☒ other: California Code of Civil Procedure

7. **Person who served papers**
    a. Name: **DONALD R. SCHLIPP - JPL Process Service, LLC**
    b. Address: **PO Box 918 Midway City, CA 92655**
    c. Telephone number: **(866) 754-0520**
    d. The fee for service was:
    e. I am:

        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☑ registered California process server:
            (i) ☐ owner     ☐ employee     ☑ independent contractor.
            (ii) Registration No.:
            (iii) County:

8. ☑ **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
    or
9. ☐ **I am a California sheriff or marshal and I certify that the foregoing is true and correct.**

Date: **12/16/2016**

**JPL Process Service, LLC**
**PO Box 918**
**Midway City, CA 92655 | (866) 754-0520**

**DONALD R. SCHLIPP**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>SCOTTLYNN J. HUBBARD IV | SBN: 212970<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE   CHICO, CA 95926<br>TELEPHONE NO.: (530) 895-3252 | FAX NO. (530) 894-8244 | E-MAIL ADDRESS *(Optional)*: Heather@hubslaw.com<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 221 WEST BROADWAY<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101<br>BRANCH NAME: SOUTHERN DISTRICT | |
| PLAINTIFF/PETITIONER: DORTHEY WHITE<br>DEFENDANT/RESPONDENT: BASIM D. KHOURY; ET AL | CASE NUMBER:<br>16CV2817-BEN-MDD |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: |

I, DONALD R. SCHLIPP , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: BASIM D. KHOURY as follows:
Documents:
   Summons; Complaint; Civil Case Cover Sheet (served in complex cases only);

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 11/29/2016 | 7:06 PM | Home | NO LIGHTS ON. NO SOUND OR MOVEMENT. COULD SEE IN.<br>523 Silver Ave, Half Moon Bay, CA 940191563 |
| 12/1/2016 | 8:28 PM | Home | LIGHTS ON. NO SOUND OR MOVEMENT.<br>523 Silver Ave, Half Moon Bay, CA 940191563 |
| 12/8/2016 | 7:55 AM | Home | NO ANSWER AT THE DOOR. NO VEHICLES.<br>523 Silver Ave, Half Moon Bay, CA 940191563 |
| 12/10/2016 | 2:56 PM | Home | NO ANSWER AT THE RESIDENCE. BLINDS CLOSED. NO SOUNDS. CHEVY (7UAB984) AND A CADY (6UCG990) PARKED IN THE DRIVEWAY.<br>523 Silver Ave, Half Moon Bay, CA 940191563 |
| 12/14/2016 | 8:48 PM | Home | SUB SERVED THE DOCUMENTS TO JOE KHOURY.<br>523 Silver Ave, Half Moon Bay, CA 940191563 |
| 12/14/2016 | 8:48 PM | Home | Substituted service on: BASIM D. KHOURY; 523 Silver Ave, Half Moon Bay, CA 94019-1563; by serving: JOE KHOURY - RELATIVE, MIDDLE EASTERN Male 25-30 145 BLACK 5'9 BROWN. |

Fee for Service:
   County:
   
   Registration No.:
   **JPL Process Service, LLC**
   **PO Box 918**
   **Midway City, CA 92655**
   **(866) 754-0520**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 16, 2016.

Signature: _____
DONALD R. SCHLIPP

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 118745A

| Attorney or Party without Attorney:<br>SCOTTLYNN J. HUBBARD IV, SBN: 212970<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>TELEPHONE No.: (530) 895-3252    E-MAIL ADDRESS (Optional): Heather@hubslaw.com<br>FAX No. (Optional): (530) 894-8244 | FOR COURT USE ONLY |
|---|---|
| Attorney for:    Ref No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT | |
| Plaintiff: DORTHEY WHITE | |
| Defendant: BASIM D. KHOURY; ET AL | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>16CV2817-BEN-MDD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet (served in complex cases only);

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at MIDWAY CITY, California, addressed as follows:

   a. Date of Mailing:         December 16, 2016
   b. Place of Mailing:        MIDWAY CITY, CA
   c. Addressed as follows:    BASIM D. KHOURY
                               523 Silver Ave
                               Half Moon Bay, CA 94019-1563

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at MIDWAY CITY, California in the ordinary course of business.

Fee for Service:

**JPL Process Service, LLC**
**PO Box 918**
**Midway City, CA 92655**
**(866) 754-0520**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 16, 2016.

Signature: _____
JEFF LANCASTER

**PROOF OF SERVICE BY MAIL**

Order#: 118745A/mailproof